Opinion issued June 21, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00162-CV






TRENITRA GLOVER, Appellant


V.


BUDGET RENT A CAR, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 841692






MEMORANDUM OPINION Appellant Trenitra Glover has failed to timely file a brief. See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.